ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                               )
                                           )
Public Warehousing Company K.S.C.          )        ASBCA No. 56022
                                           )
Under Contract Nos.  SPO300-03-D-3061      )
                     SPM300-05-D-3119       )

APPEARANCES FOR THE APPELLANT:             Michael R. Charness, Esq.
                                           Adrianne L. Goins, Esq.
                                           Bryan T. Bunting, Esq.
                                             Vinson & Elkins LLP
                                             Washington, DC

APPEARANCES FOR THE GOVERNMENT:            Daniel K. Poling, Esq.
                                             DLA Chief Trial Attorney
                                           Keith J. Feigenbaum, Esq.
                                             Trial Attorney
                                             DLA Troop Support
                                             Philadelphia, PA

ORDER OF DISMISSAL

Pursuant to the unopposed motion of appellant Public Warehousing Company K.S.C. dated 8 June 2017, this appeal is dismissed with prejudice.

Dated:  13 June 2017

_____
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 56022, Appeal of Public Warehousing Company K.S.C., rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals